No. 04–9098. GOMES LAGES v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9274. HARRIS v. WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–9282. RIVERA-MARTINEZ v. GONZALES, ATTORNEY GENERAL, ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–9286. LACKEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9413. PEOPLES v. CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9745. NERO v. HURLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–9746. MARIAN v. SUPERIOR COURT OF CALIFORNIA, VENTURA COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–9762. CRUZ v. HERNANDEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9768. MARCICKY v. RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–9770. BECK v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 04–9772. THOMPSON v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 04–9773. ENGRAM v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 04–9778. MCKAY v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 04–9785. SOSA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.